(Rev. 11/9/00)



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

UNITED STATES OF AMERICA

V.  Criminal Action No. 7:09CR49

Stephanie R. Smith

In the presence of _____Fay Spence_____, my counsel, who has fully explained the charges contained in the indictment/~~information~~ against me, and having received a copy of the indictment/~~information~~ from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment/~~information~~ and each count/count(s) __1__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_Stephanie R. Smith_
Signature of Defendant

_11/5/09_
Date

_Fay F. Spence_
Witness